# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 27, 2014

## NO. 03-12-00482-CR

**Melvin Auston, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 390TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. Therefore, the Court affirms the trial court's judgment. However, there was error in the judgment and sentence that requires correction. Therefore, the Court modifies the trial court's judgment to delete the deadly-weapon finding. The judgment of conviction, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.